**Opinion issued July 16, 2024**



**In The**

# Court of Appeals

**For The**

# First District of Texas

_____

**NO. 01-23-00883-CV**
_____

**IN RE BAHAREH SHOJAEIMEHR, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

### MEMORANDUM OPINION

Relator Bahareh Shojaeimehr has filed a petition for writ of mandamus requesting that this Court vacate the trial court's June 30, 2023 order requiring that she pay $900 in child support.[1]

---

[1] The underlying case is *Mehdi Javidinejad v. Bahareh Shojaeimehr*, cause number 2020-75058, pending in the 312th District Court of Harris County, Texas, the Honorable Theresa Waldrop presiding.

We **deny** the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a). We dismiss any pending motions as moot. We lift the stay entered by this Court on November 29, 2023.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Kelly and Goodman.